United States District Court
Southern District of Texas
**ENTERED**
May 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DYKEBA SHENAE FRANK and YOLANDA FRANK BROUSSARD | § § § | |
| VS | § § | CIVIL ACTION NO. H: 22-065 |
| WELLS FARGO BANK, N.A. AS TRUSTEE for the MASTR ASSET BACKED SECURITIES TRUST 2007-NCW MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-NCW | § § § § § § | |

*************

| | | |
|---|---|---|
| DYKEBA SHENAE FRANK and YOLANDA FRANK BROUSSARD | § § § | |
| VS | § § | CIVIL ACTION NO. H: 23-1563 |
| WELLS FARGO BANK, N.A. AS TRUSTEE for the MASTR ASSET BACKED SECURITIES TRUST 2007-NCW MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-NCW | § § § § § § | |

## ORDER

Pending before the Court in these two related cases is Defendant's Emergency Motion for Sanctions and Motion to Declare All Plaintiffs Vexatious Litigants and Request for Oral Hearing. (Doc. Nos. 21, 6, respectively). There was no Certificate of Conference or other indication that counsel conferred with the opposing parties as to their opposition/non-opposition to the filing of said motion. Pursuant to Rule LR7.1(D)(1) of the Local Rules for the Southern District of Texas a motion must "contain an averment that (1) the movant has conferred with the respondent ..." It is therefore

ORDERED that the Defendant's Emergency Motion for Sanctions and Motion to Declare All Plaintiffs Vexatious Litigants and Request for Oral Hearing. (Doc. Nos. 21, 6, respectively) are hereby STRICKEN from the record for failure to comply with the Local Rules for the Southern District of Texas.

SIGNED at Houston, Texas, this ___5___ day of May 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE