UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASMINE BABINEAUX AND YOLANDA FRANK BROUSSARD,<br> *Plaintiffs*,<br><br>v.<br><br>WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE MASTR ASSET BACKED SECURITIES TRUST 2007-NCW MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-NCW,<br> *Defendant.* | CIVIL ACTION NO. 4:23-cv-1563 |

## DEFENDANT'S WITNESS LIST

1. Yolanda Frank Broussard
2. Jasmine Babineaux
3. Dykeba Shenae Frank
4. Branch M. Sheppard
5. Annarose M. Harding

## DEFENDANT'S EXHIBIT LIST

| Ex. | Description | Offered | Objection | Admitted? | Disposition |
|---|---|---|---|---|---|
| D-1 | Note dated February 22, 2007 | | | | |
| D-2 | Deed of Trust dated February 22, 2007 | | | | |
| D-3 | Assignment of Deed of Trust dated July 23, 2015 | | | | |
| D-4 | Notice of Default and Notice of Intent to Accelerate dated January 17, 2016 | | | | |
| D-5 | Rescission of Fraudulent Deed of Trust and Assignment of Deed of Trust recorded on August 2, 2017 | | | | |
| D-6 | Rescission of Fraudulent Deed of Trust and Assignment of Deed of Trust recorded on June 5, 2018 | | | | |
| D-7 | Warranty Deed from Yolanda Frank Broussard to Dykeba Shenae Frank recorded June 5, 2017 | | | | |
| D-8 | Warranty Deed from Yolanda Frank Broussard to Dykeba Shenae Frank | | | | |

|      |                                                                                                                                   |  |  |  |  |
|------|-----------------------------------------------------------------------------------------------------------------------------------|--|--|--|--|
|      | recorded August 2, 2017                                                                                                           |  |  |  |  |
| D-9  | Substitute Trustee's Deed recorded February 21, 2020                                                                              |  |  |  |  |
| D-10 | Rescissions of Substitute Trustee's Deed; Deed of Trust and Assignment of Deed of Trust recorded August 31, 2021                  |  |  |  |  |
| D-11 | General Warranty Deed from Dykeba Shenae Frank and Lawrence Lee Dupree, II to Jasmine Babineaux recorded November 9, 2022         |  |  |  |  |
| D-12 | Docket Sheet for Bankruptcy Case No. 16-33360 filed by Yolanda Frank-Broussard on July 4, 2016                                    |  |  |  |  |
| D-13 | Voluntary Petition for Bankruptcy Case No. 16-33360                                                                               |  |  |  |  |
| D-14 | Order of Dismissal for Bankruptcy Case No. 16-33360                                                                               |  |  |  |  |
| D-15 | Docket Sheet for Bankruptcy Case No. 16-34939 filed by Yolanda Frank Broussard on October 3, 2016                                 |  |  |  |  |
| D-16 | Voluntary Petition for Case No. 16-34939                                                                                          |  |  |  |  |
| D-17 | Order of Dismissal for Bankruptcy Case No. 16-34939                                                                               |  |  |  |  |
| D-18 | Adversary Complaint filed under Case No. 17-03138 by Yolanda Frank Broussard on March 1, 2017                                     |  |  |  |  |
| D-19 | Order Dismissing Adversary Case No. 17-03138                                                                                      |  |  |  |  |
| D-20 | Docket Sheet for Bankruptcy Case No. 17-35280 filed by Yolanda Frank Broussard on September 5, 2017                               |  |  |  |  |
| D-21 | Voluntary Petition for Bankruptcy Case No. 17-35280 filed by Yolanda Frank-Broussard on September 5, 2017                         |  |  |  |  |
| D-22 | Findings of Fact and Conclusions of Law relating to Motion for Relief from Stay in Case No. 17-35280                              |  |  |  |  |
| D-23 | Findings of Fact and Conclusions of Law Regarding Court's Show Cause Order in Case No. 17-35280                                   |  |  |  |  |
| D-24 | Order Dismissing Bankruptcy Case No. 17-35280                                                                                     |  |  |  |  |
| D-25 | Original Petition filed under Cause No. 2018-44213 by Yolanda Frank-Broussard and Dykeba Frank on July 2, 2018                    |  |  |  |  |

2

| | | | | | |
|---|---|---|---|---|---|
| D-26 | Order Granting Motion for Judgment on the Pleadings in Civil Action No. 4:18-cv-02415 | | | | |
| D-27 | Default Judgment regarding Rescissions of Fraudulent Deeds of Trust in Civil Action No. 4:18-cv-02415 | | | | |
| D-28 | Original Petition filed under Cause No. 2020-07259 by Yolanda Frank-Broussard on February 3, 2020 | | | | |
| D-29 | Memorandum and Opinion regarding Motion for Judgment on the Pleadings in Civil Action No. 4:20-cv-00476 | | | | |
| D-30 | Docket Sheet for Bankruptcy Case No. 21-33598 filed by Yolanda Frank Broussard on November 2, 2021 | | | | |
| D-31 | Voluntary Petition for Bankruptcy Case No. 21-33598 filed by Yolanda Frank-Broussard on November 2, 2021 | | | | |
| D-32 | Order Striking Bankruptcy Petition in Case No. 21-33598 | | | | |
| D-33 | Original Petition filed under Cause No. 2022-00332 by Yolanda Frank-Broussard and Dykeba Frank on January 4, 2022 | | | | |
| D-34 | Memorandum and Recommendation regarding Motion to Dismiss and Motion for Summary Judgment in Civil Action No. 4:22-cv-00065 | | | | |
| D-35 | Order Adopting Memorandum and Recommendation in Civil Action No. 4:22-cv-00065 | ` | | | |
| D-36 | Original Petition filed under Cause No. 2023-24436 by Yolanda Frank-Broussard and Dykeba Frank on April 18, 2023 | | | | |
| D-37 | Declaration in Support of Attorneys' Fees and Costs from August 1, 2023 to August 25, 2023 | | | | |
| D- | Any and All Rebuttal Exhibits | | | | |

**Defendant reserves the right to supplement the foregoing Exhibit List at any time before trial and further reserves the right to introduce any and all rebuttal exhibits or elicit testimony from rebuttal witnesses.**

Respectfully submitted,

By:   //s// Branch M. Sheppard
     BRANCH M. SHEPPARD
     Texas State Bar No. 24033057
     bsheppard@gallowaylawfirm.com

OF COUNSEL:

GALLOWAY JOHNSON TOMPKINS BURR & SMITH
A Professional Law Corporation

ANNAROSE M. HARDING
Texas State Bar No. 24071438
aharding@gallowaylawfirm.com
1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700 (Telephone)
(713) 599-0777 (Facsimile)
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of this document was served on all parties of record on August 25, 2023 as follows:

*VIA E-MAIL*
JASMINE BABINEAUX
5138 DENORON COURT
HOUSTON, TEXAS 77048

*VIA E-MAIL*
YOLANDA FRANK-BROUSSARD
11835 MURR WAY
HOUSTON, TEXAS 77048

                         //s// Branch M. Sheppard
                         Branch M. Sheppard