United States District Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jasmine Babineaux and Yolanda Frank Broussard, | § § § § | |
| *Plaintiffs/*, *Counter-Defendants* | § § § | Case No. 4:23-cv-01563 |
| v. | § § | |
| Wells Fargo Bank, N.A., as Trustee for the Mastr Asset Backed Securities Trust 2007 NCW Mortgage Pass-Through Certificates Series 2007-NCW, | § § § § § § § | |
| *Defendant/ Counter-Plaintiffs.* | § § | |

## ORDER AGAINST PLAINTIFFS TO SHOW CAUSE

On August 28, 2023, the Court held a hearing on Defendant/Counter-Plaintiff Wells Fargo Bank, N.A., as Trustee for the Mastr Asset Backed Securities Trust 2007 NCW Mortgage Pass-Through Certificates Series 2007-NCW's ("Wells Fargo's") motion for sanctions pursuant to Texas Civil Practice and Remedies Code § 11.054.  *See* Dkt. 8.  Among other sanctions, Wells Fargo asks the Court to declare that Plaintiffs Jasmine Babineaux and Yolanda Frank Broussard are vexatious litigants and to issue an injunction barring Plaintiffs from filing, whether in state or federal court, any new lawsuits concerning the foreclosure of the underlying property.  *See id.* at 12-14.  Wells Fargo certified that it served a copy of the notice of hearing.  Dkt. 17 at 2; Fed.

R. Civ. P. 5(b)(2)(C) (service properly effectuate by mailing to the recipient's last known address). As belt-and-suspenders only, the Court also directed the U.S. Marshals to serve the notice of hearing, which Plaintiffs ultimately refused to receive. Dkt. 19, 20. Plaintiffs failed to appear at the hearing.

Given the gravity of the allegations regarding Plaintiffs' misconduct, the Court is considering invoking its inherent authority to impose sanctions. Accordingly, the Court hereby

**ORDERS** Plaintiffs Jasmine Babineaux and Yolanda Frank Broussard to show cause, through written submission, why they should not be barred from filing, whether in state or federal court, any further lawsuits concerning the foreclosure of the underlying property. The Plaintiffs must file their briefs, if any, **within 14 days—*i.e.*, no later than September 12, 2023**.

In addition, if Plaintiffs wish to have a hearing on the record, they must submit such a request to the Court **within 14 days—*i.e.*, no later than September 12, 2023.** Unless Plaintiffs timely submit a request for hearing, the Court will resolve the sanctions issues based on the filings alone.

It is further **ORDERED** that Defendant must serve this Show Cause Order on Plaintiffs pursuant to Rule 5.

Separately and additionally, it is further **ORDERED** that this Show Cause Order be served on Plaintiffs at their addresses of record as follows:

- Yolanda Frank Broussard: 11835 Murr Way; Houston, Texas

77048; and

- Jasmine Babineaux: 5138 Denoron Court; Houston, Texas 77048.

The United States will advance costs of service.

Signed on August 29, 2023, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge