United States District Court
Southern District of Texas
**ENTERED**
February 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASMINE BABINEAUX, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01563 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on November 29, 2023. Doc. #73. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Combined Motion to Dismiss and Motion for Sanctions (Doc. #8) is GRANTED IN PART as to Defendant's request for monetary sanctions against *pro se* Plaintiff Yolanda Frank-Broussard, consisting of reasonable attorneys' fees and costs expended defending against this frivolous suit in an amount to be determined after entry of final judgment. The Combined Motion (Doc. #8) is also DENIED IN PART as to Defendant's request for sanctions against *pro se* Plaintiff Jasmine Babineaux and non-party Dykeba Frank. Further, Plaintiffs Yolanda Frank-Broussard and Jasmine Babineaux's claims are DISMISSED WITH PREJUDICE. Moreover, Plaintiff Yolanda Frank-Broussard, as

well as any persons acting on her behalf or in concert with her, are hereby ENJOINED from filing, in any state or federal court in Texas, any further lawsuits concerning the property at 6111 Westover Street in Houston, Texas, 77033, against Wells Fargo, its mortgage servicer Specialized Loan Servicing, LLC ("SLS"), their attorneys, or any party in privity with Wells Fargo or SLS, unless she first obtains permission from the court where she wishes to file the suit. When seeking that permission, Plaintiff Yolanda Frank-Broussard must provide a copy of Judge Ho's Memorandum and Recommendation and this Order.

Further, Plaintiff Yolanda Frank-Broussard's Motion for Defendant's Attorney to Show Authority (Doc. #10; *see also* Doc. #36 at 4–5) is hereby DENIED, and Plaintiff Jasmine Babineaux's oral motion to dismiss with prejudice her claims against Wells Fargo (Doc. #68 at 257–58) is GRANTED.

Defendant's counterclaims against Plaintiffs (Doc. #60) and its Motion for Summary Judgment (Doc. #70) remain pending.

It is so ORDERED.

**FEB 0 2 2024**

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

2