United States District Court
Southern District of Texas
**ENTERED**
March 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASMINE BABINEAUX, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01563 |
| WELLS FARGO BANK, N.A., | § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on May 28, 2024. Doc. #88. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, the Court GRANTS Defendant's Motion to Dismiss its remaining counterclaims for trespass to try title, real estate fraud, statutory fraud, common law fraud, theft, and civil conspiracy. Doc. #87. Accordingly, these counterclaims are DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

MAR 1 9 2025
Date

The Honorable Alfred H. Bennett
United States District Judge