United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASMINE BABINEAUX, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-01563 |
| WELLS FARGO BANK, N.A., | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

The Court entered an Order adopting Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation (Doc. #90) in its entirety. Accordingly, the Court determines that Final Judgment should be entered in this matter and renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

- Plaintiffs shall take nothing on their claims, which are **DISMISSED WITH PREJUDICE**;

- With regard to the property located at 6111 Westover Street, Houston, Texas 77003, and legally described as: LOT THIRTY-ONE (31), IN BLOCK SEVEN (7) OF BELFORT PARK, SECTION ONE (1), A SUBDIVISION IN HARRIS COUNTY TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 38, PAGE 18 IN THE MAP RECORDS OF HARRIS COUNTY TEXAS (hereinafter the "Property"), the following instruments are invalid and of no effect:

- o The Rescissions of Substitute Trustee's Deed; Deed of Trust and Assignment of Deed of Trust, RP-2021-498201, dated and filed on August 31, 2021;
- o The General Warranty Deed, RP-2022-544955, dated November 7, 2022, and filed on November 9, 2022; and
- o The General Warranty Deed, RP-2023-170344, dated May 5, 2023, and filed on May 10, 2023;

- Wells Fargo is entitled to monetary sanctions against Plaintiff Yolanda Frank-Broussard, consisting of reasonable attorneys' fees and costs expended defending against this frivolous suit in an amount to be determined after final judgment;

- Plaintiff Yolanda Frank-Broussard, as well as any persons acting on her behalf or in concert with her, are **ENJOINED** from filing, in any state or federal court in Texas, any further lawsuits concerning the Property against Wells Fargo, its mortgage servicer Specialized Loan Servicing, LLC ("SLS"), their attorneys, or any party in privity with Wells Fargo or SLS, unless she or they first obtain permission from the court where the suit is sought to be filed. When seeking that permission, Plaintiff Yolanda Frank-Broussard and any others acting on her behalf or in concert with her must provide a copy of this Court's Order (Doc. #76) and the Memorandum and Recommendation (Doc. #73) adopted by that Order;

- Plaintiffs Jasmine Babineaux and Yolanda Frank-Broussard are **PERMANENTLY ENJOINED** from filing, in the real property records, and further documents or instruments concerning the Property; and

- Wells Fargo's remaining counterclaims for trespass to try title, real estate fraud, statutory fraud, common law fraud, theft, and civil conspiracy are **DISMISSED WITHOUT PREJUDICE.**

This is a Final Judgment disposing of all claims of all parties.

__APR 0 2 2025__
Date

_____
The Honorable Alfred H. Bennett
United States District Judge